T. L. Waring and Kansas Waring, Appellants, v. The
American Agricultural Chemical Company, a Corpora-
tion, Appellee.

An Appeal from the Circuit Court for Polk County.

Appeal dismissed on motion of counsel for Appellee.

*Spencer & Trantham,* for Appellants;

*J. C. Poppell,* for Appellee.

———

D. H. Simmons, Plaintiff in Error, v. Annie Farmer and
J. H. Farmer, Defendants in Error.

A Writ of Error to the Circuit Court for Walton County.

Writ of Error dismissed on motion of counsel for De-
fendant in Error.

*D. N. Trotman,* for Plaintiff in Error;

*S. K. Gillis,* for Defendants in Error.

———

Edna Mathers, Plaintiff in Error, v. Lizzie Register Hen-
drix, Defendant in Error.

A Writ of Error to the Circuit Court for Orange County.

Writ of Error dismissed on motion of counsel for De-
fendant in Error.

*H. F. Mohr,* for Plaintiff in Error;

*C. E. Lemire,* for Defendant in Error.